UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SERGIO RUBIO PACHECO,

               Petitioner,

     v.

UNITED STATES OF AMERICA,

               Respondent.

Case No. C25-0581JLR-MLP

ORDER

Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, and the relevant portions of the record, and having received no objections, the Court finds and ORDERS:

    (1)    The Court ADOPTS the Report and Recommendation.

    (2)    Petitioner's petition (dkt. # 8) and this action are DISMISSED without prejudice.

The Clerk is directed to send copies of this Order to Petitioner and to Judge Peterson.

Dated this 25th day of August, 2025.

_____
James L. Robart
United States District Judge

ORDER - 1